UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NASRA ELMI and ROBERT BLANTON,

Plaintiffs-Appellees,

v.

KRISTINE BRECHT,

Defendant-Appellant.

CASE NO. 2:25-cv-02650-JHC

ORDER

This matter comes before the Court on Appellant's Motion for Continuance of Briefing Schedule and for Leave to Withdraw as Counsel. Dkt. # 7. The Court has considered the motion, its supporting declaration (Dkt. # 8), the response (Dkt. # 9), the rest of the file, and the governing law.

The Court GRANTS the motion of Wheat Legal PLLC to withdraw as counsel, effective immediately. To afford Dr. Brecht a reasonable time to obtain new counsel, the Court EXTENDS her deadline to file an opening brief by 90 days beyond the current deadline of February 26, 2026.

//

//

//

ORDER - 1

Dated this 9th day of March, 2026.

John H. Chun
United States District Judge

ORDER - 2