UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NASRA ELMI and ROBERT BLANTON, | CASE NO. 2:25-cv-02650-JHC |
| Plaintiffs-Appellees, | ORDER |
| v. | |
| KRISTINE BRECHT, | |
| Defendant-Appellant. | |

This matter comes before the Court sua sponte. The Court previously granted Appellant's request for a 90-day continuance of the briefing schedule. Dkt. # 10. More than 90 days have passed and Appellant has not filed her opening brief. Thus, the Court DISMISSES this matter.

Dated this 3rd day of June, 2026.

John H. Chun
United States District Judge

ORDER - 1